# Court of Appeals
# of the State of Georgia

ATLANTA, November 22, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0475.     REGINALD SMITH et al. v. VENDOR RESOURCES MANAGEMENT.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, Reginald Smith and Cynthia Smith appealed the magistrate court's decision to the superior court. The superior court issued a writ of possession in favor of the plaintiff. The Smiths have now appealed the superior court's ruling directly to this Court. We lack jurisdiction.

Because the order at issue concerns a de novo appeal from a magistrate court decision, the applicants were required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 11/22/2013
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*